[No. 2277-2. Division Two. September 30, 1977.]

JOSEPH MARTIN OTTREN, *Appellant,* v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 219990, William L. Brown, Jr., J., entered January 26, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2278-3. Division Three. September 30, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 5094, Fred Van Sickle, J., entered January 12, 1977. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.